IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KIMBERLY POOLE, *Individually and On Behalf of All Others Similarly Situated*,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:18-cv-2194-PAG<br><br>JUDGE PATRICIA A. GAUGHAN |

## NOTICE OF SETTLEMENT

Plaintiff KIMBERLY POOLE notifies the Court that this case has settled on an individual basis. The parties will memorialize the terms of the settlement in a timely fashion and a notice of dismissal with prejudice will be filed upon execution of a formal settlement agreement.

Dated: April 4, 2019      By:   s/*Rachel Soffin*
                                Gregory F. Coleman (*pro hac vice*)
                                Mark E. Silvey (*pro hac vice*)
                                Rachel Soffin (*pro hac vice*)
                                **GREG COLEMAN LAW PC**
                                First Tennessee Plaza
                                800 S. Gay Street, Suite 1100
                                Knoxville, TN 37929
                                Telephone: (865) 247-0080
                                Facsimile: (865) 522-0049
                                greg@gregcolemanlaw.com
                                mark@gregcolemanlaw.com
                                rachel@gregcolemanlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                                s/*Rachel Soffin*
                                                Rachel Soffin