# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

KIMBERLY POOLE,
*Individually and On Behalf of All Others Similarly Situated*,

    Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendant.

Case No. 1:18-cv-2194-PAG

So Ordered.
/s/ Patricia A. Gaughan
4/29/19

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate that this action, including each and every claim set forth therein, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.